CASES REPORTED WITH BRIEF SYLLABI. **929**

App. Div.]        Second Department, January, 1917.

NICHOLAS BRIGANTI, as Administrator, etc., of CHARLES U. BRIGANTI, Deceased, Respondent, v. FRANK SZEMKO and JOSEPH GAYDICA, Copartners, etc., and DAVID MEYER, Appellants.— Reargument ordered on the sole question of the verdict and the direction of the court under which the jury returned and rendered the verdict as finally entered, and case set down for Thursday, January 11, 1917. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

JOSEPH T. GRIFFIN, Appellant, v. UTILITY GARAGE COMPANY, INC., Respondent.— Judgment of the County Court of Kings county affirmed by default, with costs. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

RALPH O. HILER, Respondent, v. THE EBLING BREWING COMPANY, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Carr, J., not voting.

In the Matter of the Application for Appointment as General Guardian of JOHN FLEMING, JR., an Infant. CLAIRE O'NEILL FLEMING, Appellant; JOHN J. FLEMING, Respondent.— Order modified so as to provide for the appointment of both parents as general guardians of the infant, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Appraisal under the Transfer Tax Acts of the Property of ST. CLAIR MCKELWAY, Deceased. EUGENE M. TRAVIS, as Comptroller of the State of New York, Appellant; VIRGINIA B. MCKELWAY, Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Carr, Mills and Rich, JJ., concurred; Jenks, P. J., and Putnam, J., dissented.

In the Matter of the Application of FELIX RIESENBERG, Appellant, for a Writ of Mandamus to the Honorable JAMES J. CONWAY, as a City Magistrate of the City of New York, Respondent.— Order affirmed, with ten dollars costs. No opinion. Thomas, Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

In the Matter of the Estate of BRIDGET ROSS, Deceased. ANTONIO RUBBO, Appellant; JOHN FRASCA, as Executor, etc., Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

HARRY KATZENELENSON, an Infant, etc., Respondent, v. JULIUS BRODY, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs, on authority of *Gavrilutz* v. *Savage* (166 App. Div. 309). Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

ADELE LUIKERT, Respondent, v. JOHN T. HOWLEY, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Carr, J., not voting.